

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Don Clayton Cooksey, Appellant

No. 06-13-00096-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 12-F-377-005). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Hill, participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment as set forth in Tables A–C attached to the opinion, to properly reflect Cooksey's pleas, and we further modify the trial court's judgment by changing the description of the offense from theft of property >100,000k <200,000k to theft of property with an aggregated value greater than $200,000.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Don Clayton Cooksey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 9, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk